Approved.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Harold Bud Thomas,<br><br>           Plaintiff,<br>v.<br><br>Harris & Harris, Ltd.; and DOES 1-10, inclusive,<br><br>           Defendants. | Civil Action No.: 3:19-cv-01761-JZ |

### STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety on the merits and with prejudice, and without costs to any party.

| Harold Bud Thomas | Harris & Harris, Ltd. |
|---|---|
| /s/ Sergei Lemberg | /s/ Jeffrey C. Turner |
| Sergei Lemberg, Esq.<br>LEMBERG LAW, L.L.C.<br>43 Danbury Road, 3rd Floor<br>Wilton, CT 06897<br>Telephone: (203) 653-2250<br>Facsimile: (203) 653-3424<br>Attorneys for Plaintiff | Jeffrey C. Turner, Esq.<br>Surdyk, Dowd & Turner Co., L.P.A.<br>8163 Old Yankee Street, Suite C<br>Dayton, Ohio 45458<br>Telephone: (937) 222-2333<br>Facsimile: (937) 222-1970<br>Attorney for Defendant. |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 9, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Ohio Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By  /s/ Sergei Lemberg
                                                  Sergei Lemberg